# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 2:11 cr 563-1 (DMC) |
| v. | : | **WAIVER OF INDICTMENT** |
| WILLIAM A. COLLINS | : | |

I, William A. Collins, am charged with violating 15 U.S.C. § 1 being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on August 24, 2011 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
William A. Collins
Defendant

_____
Jack Wenik, Esq.
Counsel for Defendant

Before: _____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE