United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

    Plaintiff : Criminal No. 11-563

    vs.

: Order of Reassignment

**WILLIAM COLLINS**

    Defendant
_____

It is on this 14th day of March, 2014,

O R D E R E D that the entitled action is reassigned

from Judge Dennis Cavanaugh to Judge Faith Hochberg.

    S/Jerome B. Simandle
    Jerome B. Simandle, Chief Judge
    United States District Court