UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                              DATE: April 21, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                      Docket# 11-CR-563

U.S.A. v. WILLIAM COLLINS

**Appearances**:
Steven Tugander, AUSA for the Gov't
Grace Pyun, AUSA for the Gov't
Jack Wenik, Esq. for Deft

Nature of Proceeding:    **SENTENCING**

Dft sentenced to 1 year probation;
Fine: $20,000 - due immediately;
Special Assessment: $100.00 - due immediately;
Special Conditions:
1) Mental Health Treatment
2) Self-employment/Business Disclosure
3) New Debt Restrictions
4) Occupational Restrictions


Time Commenced 2:00 p.m.
Time Adjourned 2:20 p.m.

cc: chambers                                        Carmen D. Soto
                                                    Deputy Clerk